AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_Southern_   District of   _New York_

Nipponkoa Insurance Company, Ltd.

V.

Met International, Inc., and KLS Trucking Services Inc.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**07 CIV. 9721**

**JUDGE CHIN**

TO: (Name and address of Defendant)

Met International, Inc.
85 Division Street
Bensenville, IL 60106

KLS Trucking Services Inc.
153-39 Rockaway Boulevard
Jamaica, NY 11434

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Maloof Browne & Eagan LLC
411 Theodore Fremd Ave., Suite 190
Rye, NY 10580

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. Michael McMahon

CLERK

(By) DEPUTY CLERK

DATE   NOV - 2 2007

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE 11/6/07 |
| NAME OF SERVER (PRINT) Emil J. Gaeloli | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): Corporate Save

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/6/07
Date

Signature of Server

917 Lunt Av. Schaumburg, IL 60193
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NIPPONKOA INSURANCE COMPANY, LTD.,

                Plaintiff,        Case No.
     -v-                            07 CV 9721

MET INTERNATIONAL, INC., and    AFFIDAVIT OF
KLS TRUCKING SERVICES,         SERVICE
                Defendants.

STATE OF NEW YORK   }
COUNTY OF NEW YORK  }ss.:

Caswell Bryan, being duly sworn, deposes and says: I am not a party to this action, am over 18 years of age and reside at Yonkers, NY:

On November 6, 2007 at 1:11 p.m. at 153-39 Rockaway Boulevard, Jamaica, NY 11434, I served the within SUMMONS IN A CIVIL ACTION and COMPLAINT on KLS TRUCKING SERVICES INC., the named defendant, by delivering a true copy of same to BOB MACAULEY, Manager and designated agent, who stated he was authorized to receive same.

The person served is a white male, brown/gray hair, 40-50 years old, 5'10"-6'0", 170-180 pounds.

                                                          _____
                                                          Caswell Bryan
Sworn to before me this                              Lic. No. 846846
7th day of November 2007.

_____
NOTARY PUBLIC

BRUCE LAZARUS
NOTARY PUBLIC-STATE OF NEW YORK
No. 4990593
Qualified in Westchester County
My Commission Expires January 13, 20__



139 Fulton Street, New York, NY 10038
Tel: 212-393-9070  •  800-393-1277  •  Fax: 212-393-9796

**CAPITAL** Security & Investigations, Inc.
917 Lunt Ave. • Schaumburg, IL 60193 • (847) 524-0711 • Fax: (847) 524-5899

# ENDORSEMENT OF SERVICE AND AFFIDAVIT

| | | |
|---|---|---|
| Date Received: 11/6/2008 | Case Number: 07 CIV 9721 | Type of Service: X Normal RUSH |
| Plaintiff: Nipponkoa Insurance Company | Last Serve Date (if any:) | Attorney or Firm: |
| Vs. | Name: Met International, Inc. | LEGAL EASE INC. |
| Defendant: Met International, Inc and KLS Trucking Servcies, Inc, | Service Address: 729 North Route 83, Bensenville, IL 60106 PHONE: | 139 FULTON STREET NEW YORK, NY 10038 FAX: 212-393-9796 |
| | County of COOK ILLINOIS | |

____ **Personal Service:** By leaving a copy of the Summons and Complaint with the Named Defendant Personally.

____ **Substitute Service:** By leaving a copy of the Summons and Complaint at the Defendant's usual place of abode with some person of the family, of the age of thirteen (13) years or upwards, and informing that person of the contents thereof.

_X_ **Corporate Service:** By leaving a copy of the Summons and Complaint with the registered agent, or agent of the defendants corporation

BY: Printed Name of Process Server: **Emil Cargola**   License #: **117-001004/115-001430**

Writ _X_   Served on _Liping Zou G.M._

Sex _F_ M/F   Race _W_   Age _38_   Ht. _5o2_   Wt. _125_   Hair _blk_

This _6TH_ day of _Nov._ _2007_   Time _1:w_ (A.M. / P.M.)

Additional Remarks: ____

____ **The Named Defendant Was Not Served.**

Type of Building: ____
Neighbors Name: ____
Address: ____

**ATTEMPTED SERVICES**

| DATE | TIME (AM/PM) | COMMENTS |
|---|---|---|
| | | |
| | | |
| | | |

**Comments:** ____

Signed and Sworn to (or Affirmed) by

_[signature]_
Notary Public
before me, this _6th_ day of November-07

Seal
"OFFICIAL SEAL"
LORI GONZALEZ
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 3/2/2011

Fee For Service ____
I certify that I have no interest in the above action; I am a Processes Server in good standing and served all Documents given to me in this matter.

By: _[signature]_
License # 117-001004/115-001430