# MEMO ENDORSED

Chin, J

DAVID T. MALOOF (DM 3350)
THOMAS M. EAGAN (TE 1713)
MALOOF BROWNE & EAGAN LLC
411 Theodore Fremd Avenue - Suite 190
Rye, New York 10580
(914) 921-1200
*Attorneys for Plaintiff*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/3/2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
NIPPONKOA INSURANCE COMPANY, LTD.,
                              Plaintiff,

           - against -

MET INTERNATIONAL, INC., and
KLS TRUCKING SERVICES INC.
                              Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

07 Civ. 9721 (DC)

**NOTICE OF DISMISSAL**

PLEASE TAKE NOTICE, the underlying matter having been amicably settled, plaintiff NipponKoa Insurance Company, Ltd., through undersigned counsel, dismisses this action with prejudice and without costs, pursuant to FRCP 41(a). No defendant has appeared, answered, or filed a motion for summary judgment.

Dated: Rye, New York
       November 28, 2007

                                        MALOOF BROWNE & EAGAN LLC

                                        By: _____
                                            David T. Maloof (DM 3350)
                                            Thomas M. Eagan (TE 1713)
                                        411 Theodore Fremd Avenue - Suite 190
                                        Rye, New York 10580
                                        (914) 921-1200
                                        *Attorneys for Plaintiff*

SO ORDERED:
_____
U.S.D.J.
12/3/07